**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TONY LUIB, individually on behalf of himself and all others similarly situated, : : : *Plaintiff,* : v. : : HENKEL CONSUMER GOODS, INC. : : *Defendant.* : : | Case No.: 1:17-cv-03021-BMC |

**PLAINTIFF'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Tony Luib ("Plaintiff") hereby provides notice that on August 16, 2019 at 10:00 a.m. he will hereby move before this Court for an Order finally certifying the Settlement Class for settlement purposes only and approving the proposed class action settlement.

In support of this Unopposed Motion, Plaintiff relies on the attached Memorandum of Law; the Declaration of Michael R. Reese in Support of Motion for Final Approval of Class Action Settlement and Motion for Payment of Class Counsel's Fees, Expenses and Payment of Incentive Award to the Class Representative, the Declaration of Jason P. Sultzer; the Declaration of Amy E. Boyle; the Supplemental Declaration of Cameron R. Azari, Esq. on Settlement Notice Plan, and their supporting exhibits, all documents filed therewith, and the arguments of counsel.

Respectfully submitted on this 8th day of July, 2019.

**REESE LLP**

By: _/s/ Michael R. Reese_
   Michael R. Reese
   George V. Granade
   100 West 93rd Street, 16th Floor
   New York, New York 10025
   Telephone: (212) 643-0500
   Facsimile: (212) 253-4272
   *mreese@reesellp.com*
   *ggranade@reesellp.com*

**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer
Adam R. Gonnelli
Michael Liskow
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
*sultzerj@thesultzerlawgroup.com*
*gonnellia@thesultzerlawgroup.com*
*liskowm@thesultzerlawgroup.com*

**HALUNEN LAW**
Christopher Moreland
1650 IDS Center
80 S 8th Street
Minneapolis, Minnesota 55402
Telephone: 612.605.4098
Facsimile: 612.605.4099
*moreland@halunenlaw.com*

*Counsel for Plaintiff and the Class*